**Fay Cragle CONNER, Plaintiff–Appellant,**

v.

States District Judge for the Northern District

---

1. The Honorable Mark W. Bennett, United

Michael J. ASTRUE,[1] Commissioner, Social Security Administration, Defendant–Appellee.

No. 06–1656.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 16, 2007.

Filed: April 16, 2007.

Frederick S. Spencer, Mountain Home, AR, for Plaintiff–Appellant.

Stacey E. McCord, U.S. Attorney's Office, Little Rock, AR, Virginia Watson, Social Security Administration, Dallas, TX, for Defendant–Appellee.

Before LOKEN, Chief Judge, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Fay Cragle Conner appeals the district court's[2] affirmance of the Commissioner's denial of her application for disability insurance benefits and supplemental security income. The administrative law judge found that although Conner has hypertension, elevated liver enzymes and hypercholesterolmia, she has no impairment, or combination of impairments, that results in more than a minimal effect on her ability to perform basic work-related activities. The ALJ noted that no medical evidence supported her complaints of pain in her back, neck and shoulders. The ALJ concluded that she does not have a severe impairment, and is not disabled. The Appeals Council denied review. Having carefully reviewed the record, this court finds that the Commissioner's final decision is supported by substantial evidence on the record as a whole. *See Harris v. Barnhart,* 356 F.3d 926, 928 (8th Cir.2004) (standard of review); *Kelley v. Barnhart,* 372 F.3d 958, 960 (8th Cir.2004) (same).

Accordingly, as an opinion would have no precedential value, the judgment is affirmed. *See* 8th Cir. R. 47B.

1. Michael J. Astrue has been appointed to serve as Commissioner of Social Security and is substituted as the appellee pursuant to Federal Rule of Appellate Procedure 43(c)(2).

2. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.